An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON SAMUEL CLACK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65410

**FILED**

JUL 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for amended judgment of conviction.[1] First Judicial District Court, Carson City; James E. Wilson, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for an amended judgment of conviction, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23918

cc: Hon. James E. Wilson, District Judge
Aaron Samuel Clack
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk